UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| KIRSHA BROWN,<br><br>      Plaintiff,<br><br>vs.<br><br>UNITED STATES BOARD OF EDUCATION,<br><br>      Defendant. | 2:10-CV-00922-PMP-LRL<br><br>**ORDER** |

Before the Court for consideration is Plaintiff Kirsha Brown's Complaint (Doc. #1), filed on June 15, 2010. On August 12, 2010, the Honorable Lawrence R. Leavitt, United States Magistrate Judge filed an Order and Recommendation (Doc. #6) recommending that Plaintiff Brown's Complaint (Doc. #1) should be denied.

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C.§ 636(b)(1) and Local Rule IB 1-4 and determines that Magistrate Judge Leavitt's Order and Recommendation be Affirmed.

**IT IS THEREFORE ORDERED that** Magistrate Judge Leavitt's Order and Recommendation (Doc. #6) is Affirmed and Plaintiff Kirsha Brown's Complaint (Doc. #1) is **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED that** Plaintiff Brown's Motion to Extend Time to Amend Complaint (Doc. #8) is **DENIED**.

DATED: August 27, 2010.

_____
PHILIP M. PRO
United States District Judge